**SEALED**

1  MCGREGOR W. SCOTT
   United States Attorney
2  ELLEN V. ENDRIZZI
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2716

**FILED**

JUN - 1 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| IN RE SEALED | ) NO. |
|---|---|
| | ) |
| | ) **UNDER SEAL** |
| | ) |

2:07 - SW - 0151   GGH

**SEALING ORDER**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the attached documents in the above-captioned matter be and are hereby ordered SEALED until further order of this Court.

Dated: May 31, 2007

_____
HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge